IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AFFINITY LABS OF TEXAS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 1:11-CV-349 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| APPLE INC. and AAMP OF FLORIDA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Motion to Dismiss With Prejudice [Doc. # 14]. The court is of the opinion that the motion should be granted, and Plaintiff's claims against the Defendants dismissed.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Dismiss With Prejudice [Doc. # 14] is GRANTED. Plaintiff Affinity Labs of Texas, LLC's claims against Defendants Apple, Inc. and AAMP of Florida, Inc. are DISMISSED WITH PREJUDICE. Costs and attorney's fees shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **26** day of **September, 2011.**

_____
Ron Clark, United States District Judge